IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| GEORGE TIMOTHY WHITE, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. CIV-10-1114-M |
| MIKE MULLIN, | ) | |
| Respondent. | ) | |

## ORDER

On December 23, 2010, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation on the Issue of Timeliness in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondent's summary judgment motion should be granted. The parties were advised of their right to object to the Report and Recommendation by January 10, 2011. A review of the file reveals no objections have been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on December 23, 2010;

(2) GRANTS respondent's summary judgment motion [docket no. 7]; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 19th day of January, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE